

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
The Honorable Kevin M. O'Connell, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to June 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Robert Alexis Jimenez
800 Dolorosa
Suite 106
San Antonio, TX 78207

Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205